UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDON LANDS (#448561)                          CIVIL ACTION

VERSUS

SGT. CHRISTIAN BAILEY                            NO. 15-188-JWD-SCR

R U L I N G

On April 9, 2015, the Court entered an Order granting the plaintiff's Motion to Proceed *In Forma Pauperis* in this case and directing the plaintiff to pay to the Clerk of Court, within twenty (20) days, an initial partial filing fee in the amount of $ 6.46, "or the suit will be dismissed." *See* R. Doc. 3. The Court's Order specifically advised the plaintiff that it was his responsibility to pay the initial partial filing fee and that the prison would **NOT** forward payment of the initial partial filing fee without the plaintiff's written authorization. *Id.* Upon the plaintiff's failure to comply with the Court's directive, the Court entered a second Order on May 7, 2015 (R. Doc. 6), directing the plaintiff to appear and show cause, in writing, on or before May 29, 2015, why his Complaint should not be dismissed for failure to pay the initial partial fee. The Court's Order further directed the plaintiff to attach to his response copies of his inmate account transaction statements showing all activity in his inmate accounts for the months of March, April and May, 2015, including deposits into and withdrawals from the accounts. *Id.* Finally, the Court's Order advised the plaintiff that a failure to comply with the Order "may result in the

dismissal of the plaintiff's complaint without further notice." *Id.*

Despite notice and an opportunity to appear, the plaintiff has failed to comply with the Court's Orders and has failed to provide any explanation for his failure to either pay the Court's initial partial filing fee or provide the documentation requested by the Court reflecting the activity in his inmate accounts during the months of March, April and May, 2015. Whereas a personal check was forwarded to the Clerk of Court from a third person on or about May 29, 2015, see R. Doc. 9, the referenced check was returned to the sender because the Clerk of Court does not accept personal checks from non-attorneys. More than 3½ months have elapsed since that time without any further action taken by the plaintiff. Accordingly, inasmuch as the record reflects that the plaintiff has neither paid the Courts' initial partial filing fee nor complied with the Court's directive that he provide pertinent account information, the plaintiff's action shall be dismissed, without prejudice, because of his failure to pay the initial partial filing fee or comply with the Court's Orders.

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, without prejudice. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 24 day of September, 2015.

JOHN W. deGRAVELLES
UNITED STATES DISTRICT JUDGE